# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSONS
OF, D. N. B. L. AND K. M. L., MINORS.

MARIELA E. L.,

Appellant.

No. 74995

**FILED**

APR 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a petition for guardianship and denying appellant's request for special findings. Eighth Judicial District Court, Family Court Division, Clark County; Rebecca Burton, Judge.

Because no written order has been entered denying the petition, this court entered an order to show cause directing appellant to demonstrate why this appeal should not be dismissed for lack of jurisdiction. Appellant has responded and concedes that the appeal is premature. NRAP 4(a)(1). Appellant requests that this court remand the matter to enable the district court to enter a written judgment. A remand is unnecessary because, until the jurisdictional defect is cured, the district court retains jurisdiction over this matter. *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Appellant may appeal from a final, written judgment. NRAP 4(a)(1). We lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-16206

cc: Hon. Rebecca Burton, District Judge, Family Court Division
Hamilton Law
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A